IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 1:14-CR-025 |
| ) | |
| DENNIS SEABORN JONES, ) | **INFORMATION** |
| ) | |
| Defendant. ) | T. 18, U.S.C. § 2252(A)(4)(B) |
| ) | T. 18 U.S.C. § 2253 |

**THE UNITED STATES ATTORNEY CHARGES:**

### Count 1
### (Possession of Child Pornography)

On or about May 16, 2013, in the Southern District of Iowa, the Defendant, DENNIS SEABORN JONES, knowingly possessed one or more matters which contained visual depictions that had been shipped and transported in interstate and foreign commerce, by any means including by computer, the producing of such visual depictions having involved the use of a minor, *i.e.*, any person under the age of eighteen years, engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), and said visual depictions being of such conduct.

This is a violation of Title 18, United States Code, Section 2252(a)(4)(B).

**THE UNITED STATES ATTORNEY FINDS:**

### Notice of Forfeiture

Upon conviction of the offense alleged in Count 1 of this Indictment, the Defendant, DENNIS SEABORN JONES, shall, pursuant to Title 18, United States Code, Section 2253, forfeit to the United States the following property:

a. Any and all visual depictions of minors engaging in sexually explicit conduct, including any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, received or possessed in violation of Title 18, United States Code, Chapter 110.

b. Any personal property used or intended to be used to commit or to promote the commission of such offense.

c. This includes, but is not limited to any and all computers, hard drives, and associated computer equipment and media, including but not limited to network communication and storage media or devices, and all other electronic storage media or devices seized from Defendant or at his residence in Council Bluffs, Iowa, on or about May 16, 2013, and July 16, 2013.

**TRUE INFORMATION**

Nicholas A. Klinefeldt
United States Attorney

*/s/ Stephen Patrick O'Meara*
Stephen Patrick O'Meara
Assistant United States Attorney