United States District Court
Southern District of Iowa

Date: August 15, 2014
In Session at: 11:03 am
Recessed at: 12:40 am

### CLERK'S COURT MINUTES- SENTENCING

Presiding: Honorable James E. Gritzner
Attorney(s) for Government: Andrew H. Kahl
Attorney(s) for Defendant: Chad Douglas Primmer
Criminal Number: 1:14-cr-00025           : Court Reporter: Terri Martin
UNITED STATES OF AMERICA,                : Interpreter: N/A
          vs.                            : ☐ Indictment  ☑ Information in 1 Ct(s)
                                         : Code Violation/Offense:
DENNIS SEABORN JONES                     : Count 1: Possession of Child Pornography 18
                                         : U.S.C. 2252(a)(4)(B).

Defendant appeared on May 23, 2014 and pled guilty to Ct(s) 1 and reaffirms plea. ☐ Jury ☐ Court verdict of guilty to Ct(s) _____ returned on _____.

Minutes:

Def present with counsel. Counsel have no objections to factual findings of PSIR; Ct accepts the PSIR as factual findings for the purpose of sentencing. Counsel present arguments on the calculation of guideline range; Ct determines applicable guideline range. Gov't presents evidence on restitution. Victims address court. Def allocutes. Counsel present arguments on 11(c)(1)(C) plea agreement. Ct accepts the plea agreement and agrees to be bound by the agreement. Counsel present sentencing arguments. Ct considers arguments, 3553(a) factors, imposes sentence. Determination of restitution is deferred until 90 days. Ct advises Def of right to appeal consistent with plea agreement. Def remanded to the custody of the USMS.

Court adopts findings of final PSIR without change ☑   of PSIR as amended ☐

Judgment:

121 months imprisonment; 10 years supervised release; $100,000.00 fine; $100.00 special assessment; Determination of restitution deferred until 90 days.

ORDERED, Restitution: Determination deferred until 90 days
ORDERED, Crime Victims Fund Assessment: $100.00                Fine: $100,000.00
ORDERED, Count(s) Dismissed:                 Gov. motion ☐   Deft. motion ☐
ORDERED, Commitment withheld until _____ at _____.
BOND previously set:                Bond continued ☐   Deft. committed ☑

/s/ Spencer Cady
Deputy Clerk