IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 1:14-cr-025 |
| v. ) | |
| ) | NOTICE |
| DENNIS SEABORN JONES, ) | DESTRUCTION OF THE |
| ) | GOVERNMENT'S EXHIBITS |
| Defendants. ) | |
| ) | |

Pursuant to Local Criminal Rule 57(B), the government hereby gives Notice that:

1. The government filed a Notice of Intent to Destroy the Government's Exhibits in the above captioned case on October 19, 2017. (Dkt. 71.)

2. No objections to the notice have been filed.

3. The government's exhibits in the above caption case were destroyed or otherwise disposed of on November 27, 2017.

           Respectfully submitted,

           Marc Krickbaum
           United States Attorney

By:    */s/ Andrew H. Kahl*
        Andrew H. Kahl
        Assistant United States Attorney
        U. S. Courthouse Annex, Suite 286
        110 East Court Avenue
        Des Moines, Iowa  50309
        Tel: (515) 473-9300
        Fax: (515) 473-9292
        Email: Andrew.Kahl@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2017, I
electronically filed the foregoing with the
Clerk of Court using the CM ECF system.  I hereby
certify that a copy of this document was served
on the parties or attorneys of record by:

\_\_\_\_U.S. Mail _____ Fax \_\_\_\_\_Hand Delivery

 X \_\_ECF/Electronic filing     \_\_\_Other means

UNITED STATES ATTORNEY

By: */s/ Dawn Thomas*
     Paralegal Specialist